UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 2:18-mj-5
                                                HON. TIMOTHY P. GREELEY

WALTHER NOE AGUILERA-AGUILAR,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 26, 2018, for an initial appearance on a criminal complaint charging defendant with Reentry of a Removed Alien. The Court was advised by pretrial services that there is a detainer lodged for this defendant making him ineligible for release on bond; the government agreed.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                    /s/ Timothy P. Greeley
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2018